# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA

| | |
|---|---|
| UNITED STATES OF AMERICA | **JUDGMENT IN A CRIMINAL CASE** (For **Revocation** of Supervised Release) |
| V. | Case Number: 8:03-cr-367-T-30TGW |
| BOBBY JERMAINE TAYLOR | USM Number: 41313-018 |
| | Howard Anderson, pda. |
| | Defendant's Attorney |

**THE DEFENDANT:**

__X__ admitted guilt to violation of charge number(s) __ONE, TWO, THREE, FOUR and FIVE__ of the term of supervision.

_____ was found in violation of charge number(s)_____ after denial of guilt.

| Violation Charge Number | Nature of Violation |
|---|---|
| ONE | Failure to submit to mandatory drug testing, as required by the Violent Crime Control and Law Enforcement Act of 1994 in violation of the conditions of supervision |
| TWO | Failure to submit monthly reports in violation of the Condition Two of the Standard Conditions of Supervision |
| THREE | Failure to follow the instructions of the probation officer in a violation of Condition Three of the Standard Conditions of Supervision |
| FOUR | Failure to participate in Drug Aftercare Treatment in violation of Special Condition |
| FIVE | Failure to participate in Mental Health Counseling in violation of the Special Condition |

The defendant is sentenced as provided in pages 2 through __2__ of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

_____ The defendant has not violated charge number(s)_____ and is discharged as to such violation charge(s).

It is ordered that the defendant must notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

April 15, 2010
Date of Imposition of Judgment

JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

15 April 2010
Date

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of NINE (9) MONTHS. Upon service of the sentence herein, Defendant shall be discharged from further jurisdiction of the Court in this case.

\_\_\_\_ The Court makes the following recommendations to the Bureau of Prisons:

__X__ The defendant is remanded to the custody of the United States Marshal.

\_\_\_\_ The defendant shall surrender to the United States Marshal for this district:

    \_\_\_ at _____ a.m. \_\_\_ p.m. on _____.

    \_\_\_ as notified by the United States Marshal.

\_\_\_\_ The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

    \_\_\_ before 2 p.m. on _____.

    \_\_\_ as notified by the United States Marshal.

    \_\_\_ as notified by the Probation or Pretrial Services Office.

## RETURN

I have executed this judgment as follows:

Defendant delivered on _____ to _____ at _____ with a certified copy of this judgment.

 

                                                      UNITED STATES MARSHAL

By _____

                                      DEPUTY UNITED STATES MARSHAL